# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145637

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                    SC: 145637
                                    COA: 310212
                                    Macomb CC: 2011-001983-FH

FRANK JUERGEN ROEDER,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 19, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARILYN KELLY, J., would remand this case to the Court of Appeals for consideration of whether there was an adequate factual basis to support the defendant's guilty plea.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2012

_____
Clerk

s1205